| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael T. Wells (SBN: 48850)<br>Wells & Associates<br>8335 Winnetka Avenue, Suite 245<br>Northridge, California 91326<br>Telephone: [213] 291-9330<br>Facsimile:  [213] 674-4401<br><br>FILED<br>FEB 09 2011<br>CLERK U S BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk<br><br>Attorney for: JEFFREY DAVID FELDMAN | |in
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>JEFFREY DAVID FELDMAN<br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:08-bk-31468-SB |

# DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

(For Case Closed Without Entry of Discharge Due to Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. **Bankruptcy Case Filing Information:**

    a. A voluntary petition under chapter   ☒ 7   ☐ 13   was filed on: December 10, 2008

    b. Because the Debtor(s) failed to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23") within the time limit set forth in F.R.B.P. 1007(c), the court closed this case without entering a discharge.

2. I, JEFFREY DAVID FELDMAN           , the Debtor in this case, and _____, (if joint debtors) hereby request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010; and (b) extending the time for the Debtor(s) to file the OF 23 for a period of 30 days from the date of entry of an order granting this motion.

3. The Debtor(s) failed to file the OF 23 by the original deadline, and therefore need to have the case reopened so that the required OF 23 can be filed and a discharge can be entered because: (Explain circumstances that prevented the Debtor(s) from filing the OF 23 in a timely manner.)

    Debtor, although informed of the requirement to complete and file a certificate of Completion of the Financial Management Course lost his job, lost his residence and almost all of his assets and was involved in attempting to find a new place to live and find a job. Debtor was so distracted that Debtor failed to complete the course in a timely manner. Debtor subsequently completed the Financial Management Course and filed the certificate of completion with this Court, a copy of which is attached.

    and I declare this under penalty of perjury.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 5010-1.1M

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 2

| In re<br>JEFFREY DAVID FELDMAN | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.:2:08-bk-31468-SB |

WHEREFORE, the Debtor(s) pray(s) that this court issue an order (the form of which is submitted herewith and has been served) reopening this case and extending the time to file the OF 23 so that the Debtor(s) discharge may be entered.

| _[signature]_ | 1/29/01 | Los Angeles | California |
|---|---|---|---|
| Debtor's Signature | Dated | City | State |

| | | | |
|---|---|---|---|
| Joint Debtor's Signature | Dated | City | State |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 5010-1.1M

Form B23 (Official Form 23) - (12/08)                                    2008 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: JEFFREY DAVID FELDMAN                   Debtor(s).

CHAPTER: 7

CASE NO.: 2:08-bk-31468-SB

# DEBTOR'S CERTIFICATION OF COMPLETION
## OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING
## PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, **JEFFREY DAVID FELDMAN** *(Printed Name of Debtor)*, the debtor in the above-styled case, hereby certify that on **July 12, 2010** *(Date)*, I completed an instructional course in personal financial management provided by **Money Management Inc** *(Name of Provider)*, an approved personal financial management provider.

Certificate No. (if any): **01267-CAC-DE-011618304**

☐ I, **Jeffrey Feldman** *(Printed Name of Debtor)*, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

  ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date: **7/12/2010**         Signature of Debtor: *[signature]*

FILED
JUL 22 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 01267-CAC-DE-011618304

Bankruptcy Case Number: 08-31468



01267-CAC-DE-011618304

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 12, 2010</u>, at <u>7:09</u> o'clock <u>PM CDT</u>, <u>Jeffrey D Feldman</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>July 12, 2010</u>                By:    <u>/s/Yaeong Vang</u>

                                 Name:  <u>Yaeong Vang</u>

                                 Title:  <u>Counselor</u>

FILED
JUL 22 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:               Deputy Clerk

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 3

| In re<br>JEFFREY DAVID FELDMAN | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:08-bk-31468-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8335 Winnetka Avenue, Suite 245,
Northridge, California 91326

A true and correct copy of the foregoing document described as <u>MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE CERTIFICATE OF COMPLETION</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
Honorable Peter H. Carroll
255 East Temple Street, Suite 1534, Los Angeles, California 90012

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 2/9/11 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

United States Trustee,
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

John P. Pringle, Esq.
6055 Washington Blvd., Suite 500
Los Angeles, California 90040

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/9/11 | Michael T. Wells | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 5010-1.1M**